```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
    NATOSHA DUNSTON,                            :
                                                :
                              Plaintiff,        :
                                                :         **JUDGMENT AND FINAL**
                -against-                       :         **INJUNCTION**
                                                :
    243 DEKALB AVE. LLC, and 243 DEKALB         :         24-cv-4437 (BMC)
    AVE. REST. CORP.,                           :
                                                :
                              Defendants.       :
                                                :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

This matter having come before the Court on the plaintiff's motion to enforce the settlement agreement between the parties, and the Court having rendered its Memorandum Decision and Order dated January 29, 2025 granting the motion in part, it is hereby

**ORDERED AND ADJUDGED**, that plaintiff shall have judgment against defendants, jointly and severally, in the amount of $9000; and it is further

**ORDERED, ADJUDGED AND DECREED**, that within six months of November 4, 2024, defendants shall provide and install on their premises: (1) a portable ramp readily available with a doorbell and a sign instructing patrons to ring for assistance with entry, which shall be utilized to access the outdoor area; (2) one accessible table inside the dining room and

one next to the bar; and (3) arrangements with the neighboring restaurant to share its accessible restroom with directive signage.

**SO ORDERED.**

*Brian M. Cogan*
U.S.D.J.

Dated:  Brooklyn, New York
            January 30, 2025